14. 15-00084CV

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

JAN 28 2015

CHRISTOPHER A. PRINE
CLERK

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

Cause Number: _____
(The Clerk's office will fill in the Cause Number when you file this form.)

Petitioner/ Plaintiff **Tom J. Jones**

In the (check one):
☐ District Court
(Court Number)
☐ County Court at Law
☐ Justice of the Peace

Respondent/ Defendant **Dinh "Ann" & Sonny Tran**
**Sonny & Ann LLC**
(County)

_____ County, Texas

# Affidavit of Indigency
### (Request to Not Pay Court Fees)

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees. The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**

The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is **Tom J. Jones**          My phone number is ( 832 ) 891-8295

"My mailing address is **4723 Lyons Ave, Houston, TX 77020**

"My email address is **maestroltjones@yahoo.com**

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form. *Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

② **"I receive these public benefits/government entitlements that are based on indigency:**
☐ SSI   ☐ WIC   ☐ Food Stamps/SNAP   ☐ TANF   ☑ Medicaid   ☐ CHIP   ☐ AABD
☐ Needs-based VA Pension        ☐ County Assistance, County Health Care, or General Assistance (GA)
☑ LIS in Medicare ("Extra Help")    ☐ Community Care via DADS    ☑ Low-Income Energy Assistance
☐ Emergency Assistance     ☐ Child Care Assistance under Child Care and Development Block Grant
☐ Public Housing    ☐ Other: *(Describe)* _____
*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

③ **"My income sources** are stated below. *(Check all that apply)*
☐ Unemployed since: *(date)* **May 2008**          -or-
☐ Wages: I work as a _____**NA**_____ for _____
                    Your job title              Your employer

☐ Child/spousal support ☐ My spouse's income or income from another member of my household *(if available)*
☐ Tips, bonuses ☐ Military Housing ☐ Worker's Comp ☐ Disability ☐ Unemployment ☐ Social Security
☐ Retirement/Pension ☐ Dividends, interest, royalties ☐ 2ⁿᵈ job or other income: **Room Mates $160**
                                                                  *(describe)*

④ **"My income amounts** are stated below.

(a) My monthly net income *after taxes* are taken out is:          Total income *after taxes* → $ **390.00**
(b) The amount I receive each month in public benefits is:         Total amount received → + $ _____
(c) The amount of income from other people in my household is:*    Total amount received → + $ _____
(d) The amount I receive each month from other sources is:         Total amount received → + $ **160.00**
(e) My TOTAL monthly income is          Add all sources of income above→ = $ **550.00**
   *List this income only if other members contribute to your household income.

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | *N/A* | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

⑥ "My **property** includes: | Value*
Cash — $ 5.00
Bank accounts, other financial assets *(List)*
Checking — $ 300
— $ 310
Vehicles (cars, boats) *(List make and year)*
88 Cadillac (Not running) $ 300
92 Mercedes (Not running) $ 400
Total $ 700
Real estate (house or land) *(Do not list the house you live in.)*
N/A — $ 0
— $
Other property (like jewelry, stocks, etc.) *(Describe)*
N/A — $ 0
— $

Total value of property → = $ 814.00

*The value is the amount the item would sell for less the amount you still owe on it (if anything).

⑦ "My monthly **expenses** are: | Amount
Rent/house payments/maintenance — $ 300.00
Food and household supplies — $ 60.00
Utilities and telephone — $ 75.00
Clothing and laundry — $ 20.00
Medical and dental expenses — $ 0
Insurance (life, health, auto, etc) — $ 0
School and child care — $ 0
Vehicle payments — $ 0
Gas, bus fare, auto repair — $ 35.00
Child / spousal support — $ 0
Wages withheld by court order — $ 0
Debt payments — $ 0
Other expenses *(Describe)* — $ 0
— $
— $

Total monthly Expenses → = $ 490.00

⑧ "My **debts** include: List debt and amount owed. Rent $ 2000.00
Attorney Fees $ 2000.00

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it *"Exhibit: Additional Supporting Facts." Check here if you attach another page.* ☐

⑨ **"I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."**

⑩ **Your Signature.** *You must either: 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form.*

▶ *(signature)* — Date 27 Jan 2015
Your Signature

State of Texas
County of __Harris__
*Print the name of county where this Affidavit is notarized.*

Sworn to and subscribed before me today, __1-27-15__, by __Tom Jones__
Date
Print name of person who is signing this Affidavit. NOT the notary's name.

▶ *(notary signature)*
Notary's Signature

*Notary fills out this section if you are signing in front of a notary.*

*(Notary stamp here)*
TONY JEROD GREEN
Notary Public, State of Texas
My Commission Expires
November 19, 2016

© TexasLawHelp.org - *Affidavit of Indigency, February 2014*

# Your New Benefit Amount

BENEFICIARY'S NAME: TOM J JONES

Your Social Security benefits will increase by 1.7 percent in 2015 because of a rise in the cost of living. **You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business.** Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is      $494.90
- The amount we deduct for Medicare medical insurance is      $104.90
  (If you did not have Medicare as of Nov. 20, 2014,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is      $0.00
  (If you did not elect withholding as of Nov. 1, 2014, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is      $0.00
  (If you did not elect voluntary tax withholding as of
  Nov. 20, 2014, we show $0.00.)
- After we take any other deductions, you will receive      $390.00
  on or about Jan. 2, 2015.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org*.

## What If I Have Questions?

Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States and need assistance of any kind, you can visit your local office.

8989 LAKES AT 610 DR
HOUSTON TX